RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOAQUIN ARAGON,<br><br>      Plaintiff,<br>vs.<br><br>THOMAS K. BAMFORD.,<br><br>      Defendant. | Case No.: C07-04704-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

The parties have reached a settlement, therefore Plaintiff dismisses this action with prejudice pursuant to FRCP 41.

/s/Ronald Wilcox                    12/3/07
Ronald Wilcox, Counsel for plaintiffs    Date